IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN GARCIA GARCIA<br>a/k/a MARTIN GARCIA-GARCIA,<br><br>Defendant. | 8:25CR2<br><br>INDICTMENT<br>8 U.S.C. §§ 1326(a) & (b)(1) |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN 21 2025
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about December 6, 2024, in the District of Nebraska, the defendant, MARTIN GARCIA GARCIA, also known as MARTIN GARCIA-GARCIA, an alien, who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, MARTIN GARCIA GARCIA, also known as MARTIN GARCIA-GARCIA, was excluded, deported, and removed from the United States subsequent to December 5, 2007.

In violation of Title 8, United States Code, Section 1326(a), and subject to sentencing under Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                     _____
                                     KATHRYN A. PFLUG, #27650
                                     Assistant U.S. Attorney